10-11292

Debra P. Hackett
United States District Court
Post Office Box 711
Montgomery, AL 36101-0711

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 05, 2011

Debra P. Hackett
United States District Court
Post Office Box 711
Montgomery, AL 36101-0711

Appeal Number: 10-11292-DD
Case Style: Leonel Bravo-Zamora v. USA
District Court Docket No: 1:09-cr-00109-MHT-SRW-1

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: James O. Delaney
Phone #: 404-335-6113

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 10-11292

District Court Docket No.
1:09-cr-00109-MHT-SRW-1

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec 7, 2010
JOHN LEY
CLERK

USA

Plaintiff - Appellee,

versus

LEONEL BRAVO-ZAMORA,

Defendant - Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: December 07, 2010
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE
JAN 0 5 2011
U.S. COURT OF APPEALS
ATLANTA GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-11292
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 7, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00109-MHT-SRW-1

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

LEONEL BRAVO-ZAMORA,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Alabama

(December 7, 2010)

Before TJOFLAT, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Benjamin Schoettker, appointed counsel for Leonel Bravo-Zamora, has filed a motion to withdraw from further representation pursuant to *Anders v. California*,

386 U.S. 738 (1967). Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bravo-Zamora's conviction and sentence are **AFFIRMED**.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia